UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | CASE NO.:   21CR3454-JLS |
|---|---|
| Plaintiff, | |
| v. | |
| LLOYD GEORGE DAVIS, | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/ TRIAL SETTING |
| Defendant. | |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting currently set for February 25, 2022 at 1:30 p.m. be continued to **March 18, 2022 at 1:30 p.m.**. It is further ordered that, for the reasons stated in the parties' motion, time is excluded under the Speedy Trial Act.

IT IS SO ORDERED.

Dated:  February 17, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge